```
                                              FILED
                                         U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                         2005 DEC -6 P 2: 25

                                           LORETTA G. WHYTE
                                                CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GEORGE STEGEMAN | CIVIL ACTION |
| VERSUS | NO. 05-2822 |
| JAMES D. MILLER, WARDEN | SECTION "C" (1) |

### ORDER

The Court, having considered the application, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and the petitioner's objections thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. The Court notes that the deadline for filing for post-conviction relief under the AEDPA is distinct and different from the deadline for filing post-conviction relief under Louisiana law.

Accordingly,

IT IS ORDERED that the petition of George Stegeman for issuance of a writ of *habeas corpus* under 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 6 day of December, 2005.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

1